Stephen Mark HAUSE, Plaintiff–
Appellant,

v.

Dayne PHILLIPS, Assistant Public Defender, in his Individual and Official Capacities on behalf of the Lexington County Public Defender's Office, Defendant–Appellee.

No. 14–6036.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 30, 2014.

Stephen Mark Hause, Appellant Pro Se.

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen Mark Hause appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hause v. Phillips*, No. 3:13–cv–02743–RMG, 2013 WL 6710022 (D.S.C. Dec. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*